## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

_Richard Miller_

_____
Plaintiff/Petitioner(s),

-vs-

_St. Clair County Jail_

_____
Defendant/Respondent(s).

Docket No. _12-656--JPG_
(To be supplied by the Clerk)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983
(State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331
(Federal Prisoner)

☒ CIVIL COMPLAINT
pursuant to the Federal Tort Claims
Act, 28 U.S.C. §1346, 2671-2680

SCANNED AT MENARD and E-mailed
_05/23/2012_ by _KSC_  _7_ pages
date          initials   No.

I. **JURISDICTION**

A. Plaintiff's mailing address and/or register number and present place of confinement.

_P.O. Box 1000 Menard IL 62259_
_B81078 Menard_

B. Defendant _Meral Justice_ is employed as
(Name of First Defendant)

_____
(Position/Title)

with _St. Clair County Jail_
(Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?

Yes (☒)   No ( )

If your answer is "yes", briefly explain:

_He is a Sheriff for the St. Clair County_

C. Defendant _____ IIC IAKN _____ is employed as
(Name of Second Defendant)
Mayor
(Position/Title)
with St. Clair County Jail
(Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?

Yes (X)   No ( )

If your answer is "yes", briefly explain:

He is the Mayor at St. Clair County Jail

D. Using the outline of the form provided, include the above information for any additional defendant(s).

Officers Mc'Dea, Collinss, Harris, Cook, Zack Clayten, Dingus, McCall, Price, Tammy Capt. Scott
They are officers at St. Clair County Jail

## II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court relating to your imprisonment?

Yes ( )   No (X)

B. If your answer to "A" is "yes", describe the lawsuit(s) in the space below. (If there is more than one (1) lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.) **Failure to comply with this provision may result in summary denial of your complaint.**

-2-

Rev. 2/00

Apr 6, 2012  1:21 PM
May 23, 2012  0:24 PM

1. Parties to previous lawsuits:
   Plaintiff(s) _____

   Defendant(s) _____

2. Court (if Federal Court, name the District; if State Court, name the County)
   _____

3. Docket number _____

4. Name of Judge to whom case was assigned _____

5. Type of case (for example: Was it a Habeas Corpus or Civil Rights action?)
   _____

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   _____

7. Approximate date of filing lawsuit _____

8. Approximate date of disposition _____

### III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? ~~No~~ YES

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
   Yes (X)  No ( )

C. If your answer is "yes",
   1. What steps did you take? I filled out a Captoin Request form And turned it in

   2. What was the result? I didn't hear nothing back from it, so I put in Another one And I talked to the Major Mc larn

D. If your answer is "no", explain why not. _____

Rev. 2/00

- 3 -

Apr 6,2012  1:21 PM
May 23,2012  0:24 PM

E. If there is no prisoner grievance procedure in the institution, did you complaint to prison authorities? Yes (✓)  No ( )

F. If your answer is "yes",
1. What steps did you take? I talked to Major Mc'laen And Sergeant Tries About what happen to me
2. What was the result? They both told me I got what I deserve, And my request was threw Away

G. If your answer is "no", explain why not. _____

H. Attach copies of your request for an administrative remedy and the response(s) you received. If you cannot do so, explain why not: My grievence was threw away by the Major

## IV. STATEMENT OF CLAIM

State here, as briefly as possible, the FACTS of your case. State who, what, when, where and how you feel your constitutional rights were violated. Do not cite cases or statutes. If you choose to submit legal arguments or citations, you must do so in a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, <u>attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits.</u>

<u>Only two (2) extra pages (8½ x 11") are permitted, if necessary, to complete your statement of claim.</u> Additionally, attach any relevant, supporting documentation.

On 12-21-11 12-16-11 me and a couple inmates got into A fight with the officers at the St. Clair County Jail. We was put on lock down because of the fight. On Dec 21, 2011 when came from court I was put in my cell for about 30 min. At this time (5) five officers came to my cell And put me in handcuffs And told me to come with them. When I got in the hallway the Major Mc'laen And other officers was out there. I was told to step into the Quiet Room, that was when the rest of the officers came in. I was told to take off my clothes. As I was pulling my shirt over my head I was punched in the face And slammed on the ground. While I was on the ground I was punched kicked And tasd. Officer McPea kept telling officers Harris to hit me in the face. Officer kept saying my hand were covering my face. Some one told officer Zack to use the

- 4 -

Rev. 2/00

ARay62302812  10:24PM

taser on me. Every time he tased me I moved my hands from my face. Every time I moved my hands from my face officer HARRIS punched me in the face. When sergeant Cook seen all the blood on floor he told them I had enough and to bring a nurse in there to check me out. The nurse Debra came and tried to stop my nose and mouth from bleeding. After that I was left in the quiet room for a hour the officers came back to get me, they took me back in the hallway to talk to Major McLAREN I ask him why was I jumped on. He told me that was to teach the other inmates a lesson. I was put in max for a week with nothing but a jumpsuit mattress and blanket. I was denied my legal work, mail and all my hygiene products. I asked every guard that came through about my things. I was told that Major McLaren said I don't need them and I don't have any rights any more. There are cameras in the hallway, in the cell block I was in A/B and in max. The cameras will show them coming to get me for court, and bringing me back. When they took me to the quiet room. There are no cameras in the quiet room they are suppose to have a hand held camera when they are making a quiet room move. The cameras will show me stop every other officer that came by my cell to asked them about my legal work. On 12-29-11 I asked for my legal work again because I was on my way to Menard I was told that I don't need it but officer Tammy because I was going to Menard. When I sent my family to get it they was told that it was thrown away because they didn't come pick it up in time. They tried to pick it up (2) two weeks after I left the county. I had 30 days to have some one to pick it up

Rev. 2/00

Apr 6, 2012  1:21 PM
May 23, 2012  0:24 PM

V. REQUEST FOR RELIEF

State exactly what you want the Court to do for you. If you are a state or federal prisoner, and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records or parole release), you must file your claim on a Habeas Corpus form, pursuant to 28 U.S.C. §2254, 28 U.S.C. §2255, or 28 U.S.C. §2241.

MONETARY/FINANCIAL COMPENSATION, AND I would like to PRESS CHARGES

VI. JURY DEMAND *(check one box below)*

The plaintiff does ☒   does not ☐   request a trial by jury. *(See Fed.R.Civ.P. 38.)*

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I, the undersigned, certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11(a) and (b) may result in sanctions, monetary or non-monetary, pursuant to Federal Rule of Civil Procedure 11(c).

The plaintiff hereby requests the Court issue all appropriate service and/or notices to the defendant(s).

Signed this 23 day of April, 2012.

*Richard Miller*
Signature of Plaintiff

_____
Signature of attorney, if any

Richard Miller Jr B81075  
P.O. Box 1000  
Menard IL  
62259

NTS MUST BE SENT TO LAW LIBRARY  
ELECTRONICALLY TRANSMITTED TO  
THROUGH THE COURT'S E-FILING  
PROGRAM at MENARD CORRECTIONAL CENTER  
Contact the Law Library or DOC Legal  
Services with any questions about e-filing.

Clerk of Court  
United States District Court  
Southern District of Illinois  
P.O. Box 249  
East St. Louis, IL  
62201



FIRST-CLASS USA FOREVER