UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>ST. CLAIR COUNTY JAIL, MERAL JUSTICE, MAJOR MCLARN, OFFICER MCPEA, OFFICER COLLINS, OFFICER HARRIS, OFFICER COOK, OFFICER ZACK, OFFICER CLAYTON, OFFICER DINGUS, OFFICER MCCALL, OFFICER TRICE, OFFICER TAMMY and CAPTAIN SCOTT,<br><br>    Defendants. | Case No. 12-cv-656-JPG-PMF |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Stipulation of Dismissal (Doc. 33) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) signed by all parties who have appeared in this case. Rule 41(a)(1)(A)(ii) allows dismissal of claims by a plaintiff without a court order by filing such a stipulation. Therefore, the Court finds that this action is **DISMISSED with prejudice** and **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**
**DATED: September 9, 2013**

                                    s/J. Phil Gilbert
                                    **J. PHIL GILBERT**
                                    **DISTRICT JUDGE**